DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHING HSIEN YEH** a/k/a **KAREN CHING HSIEN YEH-HO,**
Appellant,

v.

**LA FLORENCE AT RENAISSANCE COMMONS HOMEOWNERS
ASSOCIATION, INC.,**
Appellee.

No. 4D20-2195

[November 24, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502019CA003185XXXMB.

Ching Hsien Yeh a/k/a Karen Ching Hsien Yeh-Ho, Boynton Beach, pro se.

Ryan M. Aboud of Backer Aboud Poliakoff & Foelster, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***